PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT    FILED

for

Western District Of Pennsylvania

2010 JUN 10 AM 11: 45

CLERK
U.S DISTRICT COURT

U.S.A. vs. Joseph Papp          Docket No.    0315 2:10CR00004-001

## Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Joseph Papp, who was placed under pretrial release supervision by the Honorable Gary L. Lancaster sitting in the COURT at Pittsburgh, PA, on the 17th day of February, 2010, under the following conditions:

The defendant shall not violate any federal, state, or local law while on release. He must refrain from possessing any firearm, destructive device or other dangerous weapon, and report to Pretrial Services as directed.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. The defendant was arrested by the Bethel Park Police on June 5, 2010, and charged with Simple Assault.
2. The defendant failed to report this arrest to Pretrial Services.
3. The defendant was reportedly in possession of two firearms.

PRAYING THAT THE COURT WILL SCHEDULE A REVOCATION HEARING TO ADDRESS THE DEFENDANT'S NON-COMPLIANCE WITH THE CONDITIONS OF HIS RELEASE. SAID HEARING WILL BE HELD BEFORE THE UNDERSIGNED ON TUESDAY, JUNE 22, 2010 AT 10 AM IN COURTROOM NO. 3A, 3RD FLOOR, U.S. COURTHOUSE, PITTSBURGH, PENNSYLVANIA.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 14th day of June, 2010, and ordered filed and made a part of the records in the above case. | Executed on June 10, 2010 |
| Honorable Gary L. Lancaster<br>Chief U.S. District Judge | Rebecca Guenther<br>U.S. Probation Officer |
| | Elaine M. Johnston<br>Assistant Deputy Chief U.S. Probation Officer |
| | Place    Pittsburgh, PA |