IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-4 |
| | ) | |
| JOSEPH PAPP | ) | |
| | ) | |

GOVERNMENT'S POSITION REGARDING
<u>PRESENTENCE INVESTIGATION REPORT</u>

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Mary McKeen Houghton, Assistant United States Attorney for said district, and files the following Position on behalf of the United States Regarding the Presentence Investigation Report in the above-captioned case.

1.  The undersigned Assistant United States Attorney has received and reviewed the Presentence Investigation Report filed in the above-captioned case and has no objection to the content of the report.

        Respectfully submitted,

        MARY BETH BUCHANAN
        United States Attorney

By: <u>s/ Mary McKeen Houghton</u>
     Assistant U.S. Attorney
     Suite 4000, U.S. Courthouse
     Pittsburgh, PA  15219
     (412) 894-7370
     PA I.D. No. 39129

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the within Government's Position Regarding Presentence Investigation Report was served via the electronic filing system this 17th day of June, 2010, to and upon the following:

      William Ward, Esquire
      wfw@wardmcgough.com

      I hereby further certify that a true and correct copy of the within Government's Position Regarding Presentence Investigation Report was served via telecopy this 17th day of June, 2010, to and upon the following:

      Ms. Terrell Lewis
      Probation Officer
      Telecopy No. 412-395-4864

      <u>s/ Mary McKeen Houghton</u>
      Assistant U.S. Attorney
      Suite 4000, U.S. Courthouse
      Pittsburgh, PA  15219
      (412) 894-7370
      PA I.D. No. 39129