PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

FILED

for

Western District Of Pennsylvania

2010 SEP 14 AM 9:06

CLERK
U S DISTRICT COURT

U.S.A. vs. Joseph Papp                                    Docket No.    0315 2:10CR00004-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Joseph Papp, who was placed under pretrial release supervision by the Honorable Gary L. Lancaster sitting in the COURT at Pittsburgh, PA, on the 17th day of February, 2010, under the following conditions:

The defendant shall not violate any federal, state, or local law while on release. He must refrain from possessing any firearm, destructive device or other dangerous weapon, and report to Pretrial Services as directed.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 10, 2010, this officer submitted a petition to the Court requesting a bond violation hearing be scheduled to address the defendant's non-compliance due to new criminal charges being filed. The Court ordered that a bond violation hearing be scheduled for September 24, 2010, at 11:00 a.m. The defendant agreed to modify his conditions of release to include a search condition, which was signed by Your Honor on August 25, 2010.

PRAYING THAT THE COURT WILL ORDER THAT THE HEARING SCHEDULED TO ADDRESS THE DEFENDANT'S NON-COMPLIANCE WITH THE CONDITIONS OF RELEASE BE CANCELLED AT THIS TIME.

ORDER OF COURT

Considered and ordered this 14 day of Sept, 2010, and ordered filed and made a part of the records in the above case.

Honorable Gary L. Lancaster
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     September 14, 2010

Michael C. Howard
U.S. Probation Officer

Kimberly D. Williams
Supervisory U.S. Probation Officer

Place     Pittsburgh, PA

cc:   All Counsel
      US Marshal
      US Probation