IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                       )
          v.            )          Criminal No. 10-04
                       )
JOSEPH PAPP            )

## MOTION TO CONTINUE SENTENCING HEARING

AND NOW comes the defendant, Joseph Papp, by his attorney, Tara I. Allen, Assistant Federal Public Defender, and respectfully moves this Honorable Court to continue the sentencing hearing to the week of October 17, 2011 and in support thereof, counsel states:

1.   On the motion of defense counsel, the Court rescheduled Joseph Papp's sentencing hearing to September 23, 2011.

2.   After the Court rescheduled the hearing, defense counsel learned that a key witness for the defense would be out of the country from September 21, 2011 to October 9, 2011.

3.   Defense counsel contacted Assistant United States Attorney Leo Dillon who indicated that he has no opposition to continuing the sentencing hearing to the week of October 17, 2011.

WHEREFORE, your defendant, Joseph Papp, respectfully requests that the sentencing hearing be continued to the week of October 17, 2011.

Respectfully submitted,

*s/ Tara I. Allen*
Tara I. Allen, Assistant
Federal Public Defender